

# NUMBER 13-19-00132-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VICTOR HERNANDEZ,**                                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

---

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

This matter is before the Court because the reporter's record has not been filed. The reporter's record was originally due on August 19, 2019. The reporter has previously requested and received five extensions of time to file the record. The record was due on November 18, 2019 and the reporter has now filed a sixth extension of time to file the record stating "I have major problems with my computer and my monitor that I

am resolving with help from a computer tech. I am in the process of purchasing equipment to fix my computer issues."

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of November, 2019.